UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| KELLY WEEKS, | § | |
| Plaintiff, | § § § | |
| VS. | § | CIVIL ACTION NO. 3:16-CV-191 |
| TEXAS A&M UNIVERSITY, | § § § | |
| Defendant. | § § § | |

# **FINAL JUDGMENT**

For the reasons outlined in the Court's Memorandum Opinion and Order that was entered on February 21, 2018 (Dkt. 59), all of the Plaintiff's claims are DISMISSED WITH PREJUDICE.

THIS IS A FINAL JUDGMENT.

SIGNED at Galveston, Texas, this 12th day of March, 2018.

_____
George C. Hanks Jr.
United States District Judge