IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 18-40255
Summary Calendar

D.C. Docket No. 3:16-CV-191

United States Court of Appeals
Fifth Circuit
**FILED**
March 28, 2019
Lyle W. Cayce
Clerk

United States District Court
Southern District of Texas
**FILED**
APR 19 2019
David J. Bradley, Clerk of Court

KELLY WEEKS,

    Plaintiff - Appellant

v.

TEXAS A & M UNIVERSITY SYSTEM - AT GALVESTON; TEXAS A & M UNIVERSITY,

    Defendants - Appellees

Appeal from the United States District Court for the
Southern District of Texas

Before JOLLY, COSTA, and HO, Circuit Judges.

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that plaintiff-appellant pay to defendants-appellees the costs on appeal to be taxed by the Clerk of this Court.



Certified as a true copy and issued
as the mandate on Apr 19, 2019

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

April 19, 2019

Mr. David J. Bradley  
Southern District of Texas, Galveston  
United States District Court  
601 Rosenberg  
Room 411  
Galveston, TX 77550-0000

      No. 18-40255    Kelly Weeks v. Texas A & M University System, et al  
                              USDC No. 3:16-CV-191

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Nancy F. Dolly, Deputy Clerk  
504-310-7683

cc:  Ms. Yvonne Denise Bennett  
     Ms. Ellen Sprovach